UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANCE ROSS PAYNE,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES T. LIM, M.D.,<br><br>          Defendant. | No.  2:20-cv-1231 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendant was deliberately indifferent to plaintiff's medical needs in violation of his Eighth Amendment rights. Plaintiff has requested third extension of time to file an amended complaint.[1] (ECF No. 11.)

On April 22, 2021, the court dismissed plaintiff's complaint and granted plaintiff 30 days to file an amended complaint. (ECF No. 8.) Plaintiff was granted an extension of time on May 28, 2021. (ECF No. 12.) Plaintiff was granted a second extension of time on June 29, 2021. (ECF No. 14.) Plaintiff states that he is requesting the extension of time as he currently has limited access to the law library and has struggled to get assistance in his legal research. (ECF No. 15 at 1.)

---

[1] As with plaintiff's first and second motion for extension of time, plaintiff states he is requesting an extension "to file written objections." (ECF No. 15 at 1.) As previously stated in the court's May 28, 2021 order (ECF No. 12 at 1) and June 29, 2021 order (ECF No. 14 at 1), the court has not submitted findings and recommendations or an order in which the plaintiff may file objections. Given that the current deadline before the court is the filing of plaintiff's amended petition, it appears plaintiff is seeking an extension of time to file an amended complaint.

Good cause appearing, this motion will be granted. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extension of time will be granted for this purpose.

DATED: July 29, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil_Rights/R/payn1231.36amc.thrd